IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:06CR116 |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DETENTION** |
| | ) | |
| LAVELLE GILES, | ) | |
| | ) | |
| Defendant. | | |

On June 16, 2006 the defendant appeared before Magistrate Judge Thomas D. Thalken in case 8:03CR145 regarding a violation of supervised release.  Magistrate Judge Thalken issued an order [52] detaining the defendant.  For that reason, defendant is ordered detained in 8:06CR116 pursuant to Magistrate Judge Thalken's order.  Should defendant obtain release in case 8:03CR145, he is to appear before Magistrate Judge Gossett for a determination of detention.

IT IS SO ORDERED.

DATED this 29th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge