IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR116 |
| ) | |
| LAVELLE GILES, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

  IT IS ORDERED that the following is set for hearing on **October 24, 2006** at **9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

  - Motion to Sever [182] filed by the defendant

  Since this is a criminal case, the defendant must be present, unless excused by the Court.

  DATED this 12th day of October, 2006.

        BY THE COURT:

        s/ F.A. Gossett
        United States Magistrate Judge