IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR116 |
| LAVELLE GILES, | ) ) ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on **February 5, 2007** at **11:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    Arraignment on Fifth Superseding Indictment

    Since this is a criminal case, the defendants must be present, unless excused by the Court.

    DATED this 23rd day of January, 2007.

                             BY THE COURT:

                             s/ F.A. Gossett
                             United States Magistrate Judge