IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE MOORE, ) <br> ) <br> Defendant. ) | Case No. 8:06CR-116 <br><br> ORDER |

This case is before the court on defendant Lavelle Giles' Response to Motion to Compel (#408), requesting an extension of time to respond to defendant George Moore's Motion to Compel (#407). The court finds the extension should be granted:

**IT IS ORDERED:**

1. The motion for extension (#408) filed by defendant Lavelle Giles is granted.
2. The response by defendant Lavelle Giles to the Motion to Compel (#407) shall be filed on or before **June 11, 2007.**

**Dated: June 5, 2007.**

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge